IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 24 2026
JEFFREY P. COLWELL
CLERK

Civil Action No. ____________________
(To be supplied by the court)

Luke K Batts, Plaintiff

v.

Jury Trial requested:
(please check one)
✓ Yes ____ No

Arnoldo Aguilar, and,

Adams County Detention Center

____________________,

____________________, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Luke K. Batts, ID# 0000934305
(Name, prisoner identification number, and complete mailing address)

Denver ~~County~~ Dentention Center 490 W. Colfax Ave
(Other names by which you have been known) Denver, CO 80204

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) ________________________

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Arnoldo Aguilar, Adams County Deputy Sheriff
(Name, job title, and complete mailing address)
Adams County Dentention Facility 150 N 19th Ave
[illegible]

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Deputy Sheriff Aguilar was acting in his individual and official capacity when he deliberately closed my cell door on my fingers

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 2: Adams County [redacted]. Detention Center: Custodians
(Name, job title, and complete mailing address)

150 N. 19th [redacted] Ave, Brighton, CO 80601-1951

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Adams County [redacted] Detention Center was acting in their [redacted]dual and official capacity, when they [redacted] created an inadequate grievance procedure to exhaust administrative remedies

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: N.A.
(Name, job title, and complete mailing address)

N.A.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

N.A

N.A.

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983)

___ Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✓ Other: (*please identify*) 28 U.S.C. 1988; Prospective Injunctive Relief & Declaratory Judgment on Inadequate Grievance Procedures.

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Defendant Aguilar violated my 8th & 14th amendments Rights to the U.S. Const. when he was deliberately indifferent to my health and safety by deliberately closing my cell door on my fingers

Claim one is asserted against these Defendant(s):

Supporting facts:

On June 29th 2026, during morning Count deputy Aguilar anunced lockdown, I waived from my cell door to deputy Aguilar to pause closing my cell door so I could pick up my I.D. card from the floor, an inmate from tcp. tier informed me that deputy Aguilar was looking directly at me, yet closed my door while I was bending down with my hand visibly in the doorway. My hand was closed in the door. Two of my fingers were crushed in the compressed air driven door. One finger has severe lacerations which needed Stitches. The other finger was broken ~~and permanently damaged~~. Im experiencing excruciating pain. My requested remedy is acknowledgement of this event as exhaustion. Notice pursuant to Jones V. Bock; 127 S. CT 910 (2007).

Claim Two: Defendant Adams County Detention Center violated my First [redacted] Amendment Rights to Petition the Government for Redress of Grievance and access to Court by creating an inadequate Grievance Procedure which denied me exhaustion of Administrative Remedies

Supporting Facts:

I filed the 3 steps grievances as required by Adams County Detention Center's Grievance Procedure on my Deliberate Indifference to my Safety + Health Complaint. However, their Computerized Grievance System rejected my step 3 filing and this cause of action follows for prospective injunctive relief in form of a Declaratory Judgment that the Defendant's grievance procedure is inadequate and unavailable to me.



Page # 4. Continued

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _✓_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): N.A.

Docket number and court: N.A.

Claims raised: N.A.

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) N.A.

Reasons for dismissal, if dismissed: N.A.

Result on appeal, if appealed: N.A.

## F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_✓_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_✓_ Yes ___ No (*check one*)

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Plaintiff is Requesting:

1. unspecified nominal damages;
2. unspecified Compensatory damages
3. unspecified damages for physical pain and mental anguish
4. unspecified punitive damages, and
5. All four categories to be determined by a Jury. [As to Adams County detention Center: prospective injunctive Relief in form of a Declaratory Judgment of inadequate grievance procedure]

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

____________________________________
(Plaintiff's signature)

7/14/2026
(Date)